UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIOUDMILA LUNKEVICH DYER,

                    Plaintiff,

vs.                                        CASE NO. 8:08-CV-747-T-17TGW

WAL-MART STORES, INC.,

                    Defendant.

_____/

        This cause is before the Court on all pending motions:


| | |
|---|---|
| Dkt. 46 | Motion to Extend Time |
| Dkt. 47 | Motion for Reconsideration of Order (Dkt. 45) |
| Dkt. 48 | Motion for Reconsideration of Order (Dkt. 45) |
| Dkt. 49 | Motion for Reconsideration of Order (Dkt. 45) |
| Dkt. 50 | Motion for Leave to File Exhibits to Motion (Dkt. 49) |
| Dkt. 51 | Response to Motions (Dkts. 47, 48, 49) |
| Dkt. 52 | Motion for Leave to File Reply to Response (Dkt. 51) |
| Dkt. 54 | Motion for Leave to File New Evidence as to reconsideration |
| Dkt. 55 | Response in Opposition to Motion (Dkt. 54) |
| Dkt. 56 | Motion for Leave to File Reply to Response (Dkt. 55) |
| Dkt. 57 | Motion for Leave to File New Evidence as to reconsideration |
| Dkt. 58 | Response in Opposition |
| Dkt. 59 | Motion for Leave to File Reply to Response (Dkt. 58) |
| Dkt. 60 | Motion for Leave to File New Evidence as to reconsideration |
| Dkt. 61 | Response in Opposition to Motion (Dkt. 60) |
| Dkt. 62 | Motion for Leave to File Reply to Response (Dkt. 58) |
| Dkt. 63 | Motion to Stay |
| Dkt. 65 | Response in Opposition to Motion (Dkt. 63) |


        The Court granted Defendant's Motion to Dismiss, and a final judgment was

entered.  (Dkts. 30, 31).   The Court entered an order which granted in part Plaintiff's

Motion for Clarification, and granted Plaintiff's Motion for Extension of Time to Appeal

(Dkt. 45).   Subsequently, Plaintiff filed the above Motions, which the Court now

considers.

Case No. 8:08-CV-747-T-17TGW

Dkt. 46     Motion for Extension of Time to File Motion for Reconsideration

Plaintiff requests an extension of time to file a motion for reconsideration to 3/24/2011, and to file a notice of appeal to 21 days after the order disposing of the motion for reconsideration.

The Court **grants** Plaintiff Motion for Extension of Time to 3/24/2011 and to file a notice of appeal 21 days after the order disposing of the motion for reconsideration, nunc pro tunc 3/10/2011.

Dkt. 47     Motion for Reconsideration
Dkt. 48     Motion for Reconsideration
Dkt. 49     Motion for Reconsideration
Dkt. 50     Motion for Leave to File Exhibits
Dkt. 51     Opposition
Dkt. 52     Motion for Leave to File Reply

Plaintiff moves for reconsideration of the Court's prior order (Dkt. 45).  Defendant opposes Plaintiff's Motions.

The decision to grant a Motion for Reconsideration is within the sound discretion of the trial court and will only be granted to correct an abuse of discretion.  Region 8 Forest Serv. Timber Purchases Council v. Alcock, 993 F.2d 800, 806 (11th Cir. 1993). There are three bases for reconsidering an order: " (1) an intervening change in controlling law;  (2) availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice.  Sussman v. Salem, Saxon & Nielsen, P.A., 153 F.R.D. 689, 694 (M.D. Fla. 1994).  See also Lamar Adver. of Mobile, Inc. v. City of Lakeland, 189 F.R.D. 480, 489 (M.D. Fla. 1999).

2

Case No. 8:08-CV-747-T-17TGW

Furthermore, a Motion for Reconsideration does not provide an opportunity to simply reargue, or argue for the first time, an issue the Court has once determined. Court opinions are "not intended as mere first drafts, subject to revision and reconsideration at a litigant's pleasure." Quaker Alloy Casting Co. v. Gulfco Indus., Inc., 123 F.R.D. 282, 288 (N.D. Ill. 1988). The reconsideration of a previous order is an "extraordinary remedy" and "must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision." Ludwig v. Liberty Mutual Fire Ins. Co., 2005 WL 1053691 (citing Lamar, 189 F.R.D. at 489 (M.D. Fla. 1999)).

The Court has not considered any documents attached to Plaintiff's Motions. The Court has previously given its full consideration to the issues in this case. A final judgment was entered, and this case is closed. The Court previously granted leave to extend the time to file a notice of appeal.

After consideration, the Court **denies** Plaintiff's Motions for Reconsideration, request for default judgment, request for leave to conduct discovery, and request for leave to file an amended complaint. The Court **denies** Plaintiff's Motion for Leave to File Exhibits and Motion for Leave to File Reply as moot.

Dkt. 54    Motion for Leave to File New Evidence
Dkt. 55    Opposition
Dkt. 56    Motion for Leave to File Reply

The Court has denied Plaintiff's Motions for Reconsideration. The documents Plaintiff proposes to file do not change the Court's determination. The Court **denies** Plaintiff's Motion for Leave to File New Evidence and Motion for Leave to File Reply as moot.

Case No. 8:08-CV-747-T-17TGW

Dkt. 57    Motion for Leave to File New Evidence
Dkt. 58    Opposition
Dkt. 59    Motion for Leave to File Reply

The Court has denied Plaintiff's Motions for Reconsideration.  The documents Plaintiff proposes to file do not change the Court's determination.  After consideration, the Court **denies** Plaintiff's Motion for Leave to File New Evidence and Motion for Leave to File Reply as moot.

Dkt. 60    Motion for Leave to File New Evidence
Dkt. 61    Opposition
Dkt. 62    Motion for Leave to File Reply

The Court has denied Plaintiff's Motions for Reconsideration.  The documents Plaintiff proposes to file do not change the Court's determination.  After consideration, the Court **denies** Plaintiff's Motion for Leave to File New Evidence, and Motion for Leave to File Reply as moot.

Dkt. 63    Motion for Stay
Dkt. 65    Opposition

After consideration, the Court **denies** Plaintiff's Motion for Stay.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this ⟋ ⟍ day of March, 2012.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

4